IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEREK WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-411-slc

RICK RAEMISCH, WILLIAM POLLARD,
PETER ERICKSEN, WILLIAM
SWIEKATOWSKI, THOMAS CAMPBELL,
ROBIN LINDMEIER, PETER GAVIN,
MICHAEL SCHULTZ and
CHRISTOPHER STEVENS,

    Defendants.

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Rick Raemisch, William Pollard, Peter Ericksen, William Swiekatowski, Thomas Campbell, Robin Lindmeier, Peter Gavin, Michael Schultz and Christopher Stevens granting their motion for summary judgment and dismissing this case.

| /s/ | 4/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |