IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK M. WILLIAMS,

                Plaintiff,

v.

RICK RAEMISCH, WILLIAM POLLARD,
PETER ERICKSEN, WILLIAM SWIEKATOWSKI,
THOMAS CAMPBELL, ROBIN LINDMEIER, PETER
GAVIN, MICHAEL SCHULTZ and CHRISTOPHER
STEVENS,

                Defendants.

ORDER

11-cv-411-slc

---

Judgment was entered in this case on April 2, 2013, granting defendants' motion for summary judgment and closing this case. Now plaintiff has filed a notice of appeal. Because the notice is not accompanied by the $455 fee for filing his appeal, I construe plaintiff's notice to include a request for leave to proceed on appeal *in forma pauperis*.

Plaintiff's request for leave to proceed *in forma pauperis* on appeal is governed by the 1996 Prison Litigation Reform Act. This means that this court must determine first whether plaintiff's request must be denied either because he has three strikes against him under 28 U.S.C. § 1915(g) or because the appeal is not taken in good faith. Plaintiff does not have three strikes against him, and I do not intend to certify that his appeal is not taken in good faith.

The only other hurdle to plaintiff's proceeding with his appeal *in forma pauperis* is the requirement that he pay an initial partial payment of the filing fee that has been calculated from a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of his notice of appeal. 28 U.S.C. § 1915(a)(2). Plaintiff has not submitted the necessary trust fund account statement. Until he does so, I cannot determine whether he is indigent and, if he is, the amount of his initial partial payment.

Accordingly, IT IS ORDERED that plaintiff Derek Williams may have until May 1, 2013, in which to submit a certified copy of his trust fund account statement for the six-month period beginning approximately October 3, 2012 to approximately April 3, 2013. If, by May 1, 2013, plaintiff fails to submit the required trust account statement or show cause for his failure to do so, then I will deny his request for leave to proceed *in forma pauperis* on the ground that he has failed to show that he is entitled to indigent status on appeal.

Entered this 10th day of April, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge